IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-31266-HCM |
| RHEALA JACOBO | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| *Debtor(s).* | § | Chapter 13 |

**TRUSTEE'S MOTION TO ENTER DISCHARGE
AFTER COMPLETION OF PLAN PAYMENTS**

**This pleading request relief that may be adverse to your interest.**

**If no timely response is filed within 21 days from the date of services,
the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

To the Honorable H. Christopher Mott, United States Bankruptcy Judge:

STUART C. COX, Standing Chapter 13 Trustee's (hereinafter "Trustee") Motion to Enter Discharge respectfully alleges:

1. Debtor has timely submitted a pre-discharge questionnaire, in the form specified by the Trustee pursuant to the First Joint Standing Order Relating to Chapter 13 Case Administration Under BAPCPA in the El Paso and Waco Divisions, Exhibit #4. The questionnaire is attached hereto for notice purposes. F.R.B.P. § 1007(b)(8).

2. Trustee moves the Court to enter the discharge pursuant to F.R.B.P. § 2002(f)(11), absent any timely request to delay the entry of the discharge. 11 U.S.C. § 1328(h).

3. There is no default Order attached as the court enters its own form of Order.

**Relief Sought**

Trustee prays this Court enter the discharge, after notice, and hearing if necessary. Trustee further prays that Trustee be granted such other and further relief as is just.

DATED this 5th of August 2021.

Respectfully submitted,

/s/Stuart C. Cox
Standing Chapter 13 Trustee
SBN: 00794992
Stuart@ch13elpaso.com

/s/Lucille Zavala
Senior Staff Attorney for Stuart C. Cox
SBN: 22251370
Lucillez@ch13elpaso.com
1760 N. Lee Trevino Drive
El Paso, TX 79936
(915) 598-6769 telephone
(915) 598-9002 facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Trustee's Motion to Enter Discharge after Completion of Plan Payments* was served upon the parties listed below [and to the parties on the attached service list] by United States Mail, first class, postage prepaid on August 05, 2021.

UNITED STATES TRUSTEE
P.O. BOX 1539
SAN ANTONIO, TX 78295-1539

RHEALA JACOBO
7049 WESTWIND DRIVE APT. #1023
EL PASO, TX 79912

NEVAREZ LAW FIRM
MICHAEL NEVAREZ, ATTORNEY
EL PASO, TX 79913

/s/Stuart C. Cox
Stuart C. Cox
/s/Lucille Zavala
Lucille Zavala

```
Label Matrix for local noticing      U.S. BANKRUPTCY COURT                 Alexandra Jacobo
0542-3                               511 E. San Antonio Ave., Rm. 444      940 N. Murray, Apt. #8
Case 18-31266-hcm                    EL PASO, TX 79901-2417                Colorado Springs, CO 80915-3425
Western District of Texas
El Paso
Wed Aug  4 17:08:08 CDT 2021

Amazon Prime                         Capital One                           (p)JPMORGAN CHASE BANK N A
PO Box 960013                        Attn: Bankruptcy                      BANKRUPTCY MAIL INTAKE TEAM
Orlando, FL 32896-0013               PO Box 30253                          700 KANSAS LANE FLOOR 01
                                     Salt Lake City, UT 84130-0253        MONROE LA 71203-4774

Comenity Bank/Lane Bryant            Comenity Bank/OneStopPlus.com         Credit Collection Services
Attn: Bankruptcy                     4590 E Broad St                       c/o Wells Fargo Bank
PO Box 182125                        Columbus, OH 43213-1301               725 Canton St.
Columbus, OH 43218-2125                                                    Norwood, MA 02062-2679

Discover Bank                        Discover Financial                    ECMC
Discover Products Inc                PO Box 3025                           PO BOX 16408
PO Box 3025                          New Albany, OH 43054-3025             St. Paul, MN 55116-0408
New Albany, OH  43054-3025

Ent Fed Cu                           Indian Springs Apartments--Greystar   Lane Bryant
Attn: Bankruptcy                     7049 Westwind Dr.                     Comenity Bank
PO Box 15819                         El Paso, TX 79912-1730                PO Box 182273
Colorado Springs, CO 80935-5819                                            Columbus, OH 43218-2273

MCM                                  Midland Funding                       Midland Funding LLC
PO Box 60578                         Attn: Bankruptcy                      PO Box 2011
Los Angeles, CA 90060-0578           PO Box 939069                         Warren, MI 48090-2011
                                     San Diego, CA 92193-9069

(p)NEW MEXICO EDUCATIONAL ASSISTANCE FOUNDATI   PRA Receivables Management, LLC   (p)PORTFOLIO RECOVERY ASSOCIATES LLC
BANKRUPTCY DEPT                      PO Box 41021                          PO BOX 41067
PO BOX 93970                         Norfolk, VA 23541-1021                NORFOLK VA 23541-1067
ALBUQUERQUE NM 87199-3970

Surgical Anesthesia Management of Texas   United States Trustee - EP12    Wells Fargo Bank
c/o iQuantified Management Services, LLC  U.S. Trustee's Office            PO Box 10438
2821 S. Parker Rd., Ste. 305              615 E. Houston, Suite 533        Macf8235-02f
Aurora, CO 80014-2748                     P.O. Box 1539                    Des Moines, IA 50306-0438
                                          San Antonio, TX 78295-1539

Wells Fargo Bank, N.A.               Michael R. Nevarez                    Rheala Gay Jacobo
Wells Fargo Card Services            The Law Offices of Michael R. Nevarez 7049 Westwind Drive, Apt. #1023
PO Box 10438, MAC F8235-02F          P.O. Box 12247                        El Paso, TX 79912-1731
Des Moines, IA 50306-0438            El Paso, TX 79913-0247


Stuart C. Cox
El Paso Chapter 13 Trustee
1760 N. Lee Trevino Dr.
El Paso, TX 79936-4565
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card<br>Attn: Correspondence Dept<br>PO Box 15298<br>Wilmington, DE 19850 | New Mexico Student Loan Guarantee Corporatio<br>Attn: Bankruptcy Dept.<br>PO Box 93970<br>Albuquerque, NM  87199-3970 | (d)New Mexico Student Loans<br>New Mexico Student Loans<br>PO Box 27020<br>Albuquerque, NM 87125 |
| Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | End of Label Matrix<br>Mailable recipients    27<br>Bypassed recipients     0<br>Total                  27 |

Exhibit #4

## DEBTOR QUESTIONNAIRE UPON COMPLETION
## OF PLAN PAYMENTS IN BANKRUPTCY CASE NO. 18-31266-HCM

**CIRCLE THE CORRECT ANSWERS:**

1. (YES) / NO — I/We have completed an instructional course concerning personal financial management, as described in 11 U.S.C. § 111, provided by the following entity:

    Stuart C. Cox, Chapter 13 Standing Trustee

    1760 N. Lee Trevino

    El Paso, TX 79936

2. YES / (NO) — I/We have received a discharge in a Chapter 7, 11 or 12 bankruptcy case within four years of the date I/we filed this bankruptcy case.

3. YES / (NO) — I/We have received a discharge in another Chapter 13 bankruptcy case within two years of the date I/we filed this bankruptcy case.

4. YES / (NO) — Did you elect to use State exemptions? If yes, then the following two questions must be answered.

    a. YES / (NO) — I/We had, either at the time of the filing of this bankruptcy case, or at the present time, equity in excess of $155,675 ($311,350 if married and filing this case jointly) in the type of property described in 11 U.S.C. § 522(p)(1). [generally, your homestead]

    b. YES / (NO) — There is currently pending any proceeding in which I [in an individual case] or either of us [in a joint case] may be found guilty of a felony [a felony is an offense punishable by a minimum term of imprisonment of more than one year] of the kind described in 11 U.S.C. § 522(q)(1)(A) [one where the circumstances of the felony demonstrated that the filing of this case was an abuse of the Bankruptcy Code] or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B) [violation of federal or state securities laws or regulations or orders issued thereunder; fraud, deceit or manipulation in a position of trust in connection with the purchase or sale of certain registered securities; civil remedies under the racketeering statute; or criminal acts, intentional civil injuries, or willful or reckless misconduct causing serious physical injury or death to another in the preceding five years].

5. a. YES /(NO) I/We have been required by a judicial or administrative order or by statute to pay any domestic support obligation, as defined in 11 U.S.C. § 101(14A) [a debt owed to or recoverable by a spouse, former spouse, or child or the child's parent or legal guardian, or a government unit, for alimony, maintenance or support of those persons, that was established by a separation agreement, divorce decree, property settlement, or order of the court or, where applicable, a determination of a governmental unit] either before this bankruptcy case was filed, or at any time after the filing of this bankruptcy case.

**IF THE ANSWER TO QUESTION 5a IS "YES," THEN ALL OF THE FOLLOWING QUESTIONS MUST BE COMPLETED/ANSWERED:**

b. YES / NO

NA

I/We certify that, prior to the date of this Questionnaire, I/we have paid all amounts due under any domestic support obligation [as defined in 11 U.S.C. § 101(14A)] required by a judicial or administrative order or by statute, including amounts due before this bankruptcy case was filed, to the extent provided for by my/our Plan. The name and address of each holder of a domestic support obligation is as follows:

_____
_____
_____
_____

c. My/Our most recent address is:

7049 Westwind Dr.
Apt. #1023
El Paso, TX 79912

_____

d. The name and address of my/our most recent employer(s) is:

EPISD
Herrera Elementary School
350 Coates
El Paso, TX 79932

e. The following creditors hold a claim that is not discharged under 11 U.S.C. § 523(a)(2) or

(a) (4), or a claim that was reaffirmed under 11 U.S.C. § 524(c):

_____

_____

_____

_____

I/we acknowledge that all statements contained herein are true and accurate. The Court may rely on the truth of each of these statements in determining whether to grant me/us a discharge in this Chapter 13 bankruptcy case. The Court may revoke my discharge if the statements herein are not accurate.

*I/We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.* Executed on _February 27_, 202_1_.

_Rheala M. Jacobo_
Debtor

_____
Debtor